# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2006

129485

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RUTHVYN J. FREDERICK, and
ALLAN REMY,
      Plaintiffs-Appellees,

v

          SC: 129485
          COA: 254336
          Wayne CC: 02-238844-NI

U.S. ICE CORP.,
      Defendant-Appellant,

and

HASAN HAMADI-ZOMA DEBROSSARD,
      Defendant.

_____/

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2006

_____
Clerk